SCAN ONLY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  EDCV 06-1238-VAP (OPx)     Date  September 17, 2007

Title   MARY JO KITTOK, JOHN LONBERG -v- LOWE'S HIW, INC., a Washington Corporation, and DOES 1 through 100, inclusive

Present: The Honorable   VIRGINIA A. PHILLIPS, JUDGE

| MARVA DILLARD | PHYLLIS PRESTON | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Russell Handy                                         M. Brett Burns

Proceedings: DEFENDANT LOWE'S HIW, INC.'S MOTION FOR SUMMARY JUDGMENT

Court issues a tentative ruling, hears oral argument and takes the matter(s) under submission.

With respect to the issue of sanctions, the defendant shall submit a declaration on or before September 21, 2007. The plaintiff shall have a few days thereafter in which to respond only as it relates to the amount sought.

DOCKETED ON CM
SEP 20 2007
BY /044

Initials of Preparer   md