FILED

APR 01 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARY JO KITTOK and JOHN LONBERG,<br><br>   Plaintiffs - Appellants,<br><br>v.<br><br>LOWES HIW, INC., a Washington Corporation,<br><br>   Defendant - Appellee. | No. 16-55333<br><br>D.C. No. 5:06-cv-01238-VAP-OP<br>Central District of California, Riverside<br><br>ORDER |

The appellants' motion under Federal Rule of Appellate Procedure 42(b) for voluntary dismissal with prejudice is granted.

A copy of this order shall act as and for the mandate of this court.

      For the Court:

      MOLLY C. DWYER
      Clerk of Court

      Grace Santos
      Deputy Clerk
      Ninth Circuit Rule 27-7/Advisory Note to Rule 27
       and Ninth Circuit 27-10

GS   03/28/2016/Pro Mo